of the heart or blood vessels in lifting a bale of cotton has been held to be accidental. Pledger v. Business Men's Ass'n, Tex. Com.App., 228 S.W. 110. A back injury resulting from the lowering of a cube of ice into an ice box has been held to be accidental injury. Standard Accident Ins. Co. v. Cherry, Tex.Civ.App., 36 S.W.2d 807. And rupture of a stomach ulcer while lifting a sack of flour has likewise been held to constitute accidental injury. Sentinel Life Ins. Co. v. Blackmer, 10 Cir., 77 F.2d 347. Clearly, the insured received an injury compensable under the terms of the policy issued to her by the appellant.

There is no reversible error to be found in the rulings on evidence, and the able charge of the trial court fully and fairly covered every phase of the case and is free from error.

The judgment is affirmed.

Premo J. Columbus, of Pittsburgh, Pa. (Charles F. Uhl, U. S. Atty., of Pittsburgh, Pa., on the brief), for appellee.

Before CLARK and JONES, Circuit Judges, and GIBSON, District Judge.

PER CURIAM.

The appellant failed to show that the evidence adduced at trial was insufficient to support the jury's verdict of guilt as to the first, second, third, fifth, seventh and ninth counts of the indictment, any one of the offenses therein charged, except for the ninth count, alone being sufficient to support the general sentence imposed by the court. The presumption of law is that the court sentenced ror the defendant's guilt of the sustained counts. Pierce et al. v. United States, 252 U.S. 239, 252, 253, 40 S.Ct. 205, 64 L.Ed. 542; Evans v. United States (No. 2), 153 U. S. 608, 609, 14 S.Ct. 939, 38 L.Ed. 839; Claassen v. United States, 142 U.S. 140, 146, 147, 12 S.Ct. 169, 35 L.Ed. 966.

## UNITED STATES v. MURPHY.
### No. 7785.

Circuit Court of Appeals, Third Circuit.
Submitted Nov. 18, 1941.

Decided Nov. 21, 1941.

Rehearing Denied Dec. 17, 1941.

Joseph A. Rossi, of Pittsburgh, Pa., for appellant.

## KREY v. UNITED STATES.
### No. 53.

Circuit Court of Appeals, Second Circuit.
Dec. 1, 1941.

